UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FLORA B. JONES,

    Plaintiff,                                Case No. 3:16-cv-142

v.

HON. GREGORY F. SINGER, *et al.*,       District Judge Thomas M. Rose
                                                                Magistrate Judge Michael J. Newman

    Defendants.

## ORDER TO SHOW CAUSE

This case is presently before the Court on the motion to dismiss filed by Defendants Mohler, Rosemont and Upton. Doc. 10. On June 23, 2016, the undersigned, by Notation Order, granted *pro se* Plaintiff's motion for an extension of time to respond to this motion. *Pro se* Plaintiff was, as a result, ordered to file a memorandum in opposition to this motion on or before July 21, 2016. To date, *pro se* Plaintiff has not filed his opposition memorandum.

This case is also before the Court on the motion to dismiss filed by Defendants Krumholtz and Singer, both of whom are Montgomery County, Ohio Common Pleas Judges.. Doc. 14. Pursuant to the Local Rules of this Court, *see* S.D. Ohio Civ. R. 7.2, *pro se* Plaintiff was to file a memorandum in opposition to this motion on or before July 15, 2016. To date, *pro se* Plaintiff has not filed this opposition memorandum either.[1]

*Pro se* Plaintiff is, therefore, **ORDERED TO SHOW CAUSE**, in writing and within 14 days from the entry of this Order, as to why the foregoing motions should not be granted for the reasons set forth therein. The Show Cause requirement set forth by this Order will be satisfied

---

[1] The undersigned notes that *pro se* Plaintiff did file a memorandum in opposition to the motion to dismiss filed by Defendant Mobley. Docs. 11, 16.

2

by *pro se* Plaintiff's filing of a memorandum in opposition to Defendants' motions within 14 days from the date of this Order.

Plaintiff is **ADVISED** that his failure to show good cause, in writing and within 14 days, may result in the dismissal of claims against these Defendants for failure to prosecute.

**IT IS SO ORDERED.**

Date:       July 28, 2016             *s/ Michael J. Newman*
                                      Michael J. Newman
                                      United States Magistrate Judge